# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MAURICE SHOATZ, COREY TAFT, JOHN DANTZLER, KAREEM JONES, CLINTON HITNER, DANNY HORTON, FRANKLIN STUMPHOFER, JOHN DITO, TONY BURTON, JOEL BEVENS, WARREN ANDERSON, ERIC TAULTON, EDWARD JONES, ANTHONY JONES, LESLIE PETTIS, ANTON CARTER, DWAYNE JONES, MARC STATEN, GERALD KALE, JASON DAVIS, JOSE MARTINEZ, HECTOR AVILEZ, COREY BURRELL, PETER MOBLEY, MARK MELTON, ROBERT TUCKER, MARTY BOANES, MATTHEW LAWTON, ODELL BALMER, MCDANIEL WALKER, JALIK PEAY, LAFAYETTE MILLER, VIRGIL CARSON, CORNELIUS HAROLD, ADAM BUTLER, BRANDON MILLER, KEVIN GILMORE, JAMAR GIBBS, JAMES RIGGINS, MARVIN JONES,

Petitioners

v.

FIRST JUDICIAL DISTRICT AND ALL OTHER JUDICIAL DISTRICTS OF PENNSYLVANIA COURTS OF COMMON PLEAS,

Respondents

: No. 63 EM 2018

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of August, 2018, the Application for Leave to File Original Process is GRANTED, and the "Petition for Review Original Action (Writ of Mandamus)" is DENIED.